# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GULBAG SINGH RATTE, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00739 LJO JLT<br><br>ORDER TO HS BROTHERS EXPRESS, INC. TO APPEAR IN THIS ACTION THROUGH COUNSEL |

HS Brothers Express, Inc. was served with the summons and complaint on June 10, 2019. (Doc. 9) The service was accomplished by presenting the documents to Harjit Singh who holds himself out as the "sole owner" of HS Brothers Express, Inc. (Id.; Doc. 14 at 1) On July 29, 2019, Harjit Singh filed his answer to the complaint pro se and, the Court presumes, believed he was responding for the corporation also. However, the corporation may only appear through an attorney. "Corporations and other unincorporated associations must appear in court through an attorney." D–Beam Ltd. P' ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973–74 (9th Cir.2004). As it stands, the corporation has not filed a responsive pleading and is in default. Thus, the Court **ORDERS**:

    1.    **Within 30 days**, HS Brothers Express, Inc. **SHALL** secure the services of an attorney and the attorney **SHALL** enter a notice of appearance on behalf of HS Brothers Express, Inc.;

2. **Within 60 days**, HS Brothers Express, Inc. through counsel, **SHALL** respond to the complaint.

**HS Brothers Express, Inc. is advised that its failure to comply with this order will result in the recommendation that default be entered against it.**

IT IS SO ORDERED.

    Dated:   **August 19, 2019**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE