# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>GULBAG SINGH RATTE, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-0739 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DATED DECEMBER 2, 2019 (Doc. 31)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT HS BROTHERS EXPRESS |

      United Financial Casualty Company seeks declaratory relief against the defendants, asserting it does not have a duty to indemnify defendants HS Brothers Express, Inc.; Harjit Singh; or Harpreet Singh in an action filed in state court related to an accident. (*See* Doc. 1) HS Brothers has failed to appear with through counsel, despite the information provided to Harjit Singh—who identifies himself as the "sole owner"— and has failed to comply with the Court's orders. On December 2, 2019, the magistrate judge recommended the Answer filed by Harjit Singh, to the extent it was filed on behalf of HS Brothers Express, be stricken and default be entered against HS Brothers Express. (Doc. 31)

      The parties were given fourteen days to file any objections to the recommendations that default be entered against defendant HS Brothers Express. (Doc. 13 at 5) In addition, the parties were "are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772

F.3d 834, 834 (9th Cir. 2014)).  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated December 2, 2019 (Doc. 31) are **ADOPTED IN FULL**;
2. The Answer filed by Harjit Singh, to the extent it was filed on behalf of HS Brothers Express, Inc. (Doc. 14) is **STRICKEN**; and
3. The Clerk of Court is DIRECTED to enter default against HS Brothers Express, Inc.

IT IS SO ORDERED.

Dated: **January 7, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE