UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GULBAG SINGH RATTE; H S BROTHERS, EXPRESS, INC.; HARJIT SINGH; and HARPEET SINGH,<br><br>Defendants. | No: 1:19-CV-00739-NONE-JLT<br><br><u>ORDER AFTER STIPULATION TO CONTINUE HEARNG OF UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT TO JUNE 9, 2020</u> |

For GOOD CAUSE shown and based upon the mutual Stipulation of all parties to this action, the court hereby continues the hearing of United Financial Casualty Company's Motion for Summary Judgment from April 28, 2020 for until June 9, 2020.

/////

/////

/////

/////

/////

/////

/////

_____

Order After Stipulation to Continue Hearing of United Financial Casualty Company's Motion for Summary Judgment

1

The parties are reminded that pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, issued February 3, 2020, "all motions filed before the undersigned in civil cases will be deemed submitted upon the record and briefs pursuant to Local Rule 230(g)" and the hearing date serves only to set the opposition and reply filing deadlines pursuant to Local Rule 230(c).  (Doc. No. 34-1 at 3.)

IT IS SO ORDERED.

Dated:   **April 17, 2020**                               /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

---

Order After Stipulation to Continue Hearing of United Financial Casualty Company's Motion for Summary Judgment

2