# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED FINANCIAL CASUALTY COMPANY, | ) Case No.: 1:19-cv-00739 NONE JLT |
|---|---|
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT<br>) (Doc. 42) |
| v. | ) |
| GULBAG SINGH RATTE, et al., | ) |
| Defendants. | ) |

The plaintiff reports that this matter has settled[1] and indicates it will seek dismissal of the action soon. (Doc. 42 at 2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 19, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **May 28, 2020**                               **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The settlement presumes counsel can make contact with Harjit Singh.