# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GULBAG SINGH RATTE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00739 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE ACTION<br><br>(Doc. 44) |

The parties have stipulated to the action being dismissed with prejudice and with each party to bear his own fees and costs. (Doc. 44) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this action for the purpose of closing this case and to close this action.

IT IS SO ORDERED.

　Dated:　**June 8, 2020**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE